THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SPEARMAN CORPORATION
MARYSVILLE DIVISION and
SPEARMAN CORPORATION KENT
DIVISION,

              Plaintiffs,

    v.

THE BOEING COMPANY,

              Defendant.

No. 2:20-cv-00013 RSM

STIPULATION, MOTION AND ORDER
CONTINUING DEADLINES FOR INITIAL
DISCLOSURES, JOINT STATUS REPORT,
AND EARLY SETTLEMENT

## STIPULATION AND MOTION

The parties, through their undersigned counsel, stipulate and move that the deadlines for
the FRCP 26(f) Conference, Initial Disclosures Pursuant to FRCP 26(a)(1), and to provide the
Court a Combined Joint Status Report and Discovery Plan each be continued by two weeks to
the following deadlines:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 2/21/2020 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 2/28/2020 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26)(f) And Local Civil Rule 26(f) | 3/6/2020 |

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1   The parties agree that there is good cause for this requested extension, based on the work

2   needed to be undertaken by the parties to be adequately prepared for the conference and develop

3   a discovery plan, and other obligations of the counsel for the parties.

4        DATED this 21st day of January, 2020.

5   By: s/ David Schoeggl                    By: s/ Nicholas P. Gellert
6   By: s/ Laura Marquez-Garrett             By: s/ Susan E. Foster
    By: s/ Callie A. Castillo                Nicholas P. Gellert #18041
7   David Schoeggl, #13638                   Susan E. Foster #18030
    Laura Marquez-Garrett, #41010            **Perkins Coie LLP**
8   Callie A. Castillo, #38214               1201 Third Avenue, Suite 4900
    **Lane Powell PC**                       Seattle, WA 98101-3099
9   1420 Fifth Avenue, Suite 4200            Telephone: 206.359.8000
    Seattle, WA 98111-9402                   Facsimile: 206.359.9000
10  Telephone: 206.223.7000                  Email: NGellert@perkinscoie.com
    Facsimile: 206.223.7107                         SFoster@perkinscoie.com
11  Email: schoeggld@lanepowell.com          Attorneys for Defendant
            garrettl@lanepowell.com          The Boeing Company
12          castilloc@lanepowell.com
    Attorneys for Plaintiffs
13

14

15

16

17

18

19

20

21

22

23

24

25

26

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**ORDER**

Based on the above stipulation of the parties, the Court sets the following revised deadlines:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 2/21/2020 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 2/28/2020 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26)(f) And Local Civil Rule 26(f) | 3/6/2020 |

ORDERED this 22 day of January, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000