THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SPEARMAN CORPORATION and
SPEARMAN CORPORATION KENT
DIVISION,

          Plaintiffs,

   v.

THE BOEING COMPANY,

          Defendant.

No. 2:20-cv-00013 RSM

STIPULATED MOTION AND ORDER
EXTENDING CASE SCHEDULE

Note for Hearing:
September 2, 2020

## STIPULATED MOTION

The Parties, through their undersigned counsel, hereby submit that there is good cause to extend the case schedule given, among other things, the Covid-19 pandemic and the status of discovery, and thus the Parties jointly request that the trial date be reset to October 25, 2021, or the next date thereafter that works for the Court. The Parties also agree that the deadlines set forth in the Court's Order Setting Trial Date and Related Dates (Dkt. No. 22) be reset as follows:

| Event | Current Deadline | New Proposed Deadline |
|---|---|---|
| Disclosure for expert testimony under FRCP 26(a)(2) | November 25, 2020 | April 26, 2021 |
| Deadline for filing motions related to discovery. | December 28, 2020 | June 3, 2021 |
| Discovery completed by | January 25, 2021 | June 28, 2021 |

STIPULATED MOTION AND ORDER
EXTENDING CASE SCHEDULE
(No. 2:20-cv-00013) – 1
92296095

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

| | | |
|---|---|---|
| All dispositive motions filed by and noted for 4th Friday thereafter | February 23, 2021 | July 29, 2021 |
| Mediation if requested by the parties | April 9, 2021 | September 10, 2021 |
| All motions in limine must be filed | April 26, 2021 | September 29, 2021 |
| Agreed pretrial order due | May 12, 2021 | October 13, 2021 |
| Trial briefs, proposed voir dire, jury instructions, neutral statement of the case, and trial exhibits due | May 19, 2021 | October 20, 2021 |

DATED this 2nd day of September, 2020.

By: s/ David Schoeggl
By: s/ Laura Marquez-Garrett
By: s/ Callie A. Castillo
David Schoeggl, #13638
Laura Marquez-Garrett, #41010
Callie A. Castillo, #38214
**Lane Powell PC**
1420 Fifth Avenue, Suite 4200
Seattle, WA 98111-9402
Telephone: 206.223.7000
Facsimile: 206.223.7107
Email: schoeggld@lanepowell.com
garrettl@lanepowell.com
castilloc@lanepowell.com
Attorneys for Plaintiffs

By: s/ Nicholas P. Gellert
By: s/ Susan E. Foster
By: s/ Leigh E. Sylvan
By: s/ David S. Steele
By: s/ Steven Sun Beale
Nicholas P. Gellert #18041
Susan E. Foster #18030
Leigh E. Sylvan #52415
David S. Steele #45640
Steven Sun Beale #55723
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: NGellert@perkinscoie.com
SFoster@perkinscoie.com
LSylvan@perkinscoie.com
DSteele@perkinscoie.com
SBeale@perkinscoie.com
Attorneys for Defendant The Boeing Company

STIPULATED MOTION AND ORDER
EXTENDING CASE SCHEDULE
(No. 2:20-cv-00013) – 2
92296095

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**ORDER**

Based on the above Stipulated Motion, the Court does here by ORDER:

1. The Stipulated Motion is granted;

2. Trial is reset to commence on October 25, 2021, and all pretrial dates are reset as reflected in the above Stipulated Motion.

DATED this 9th day of September, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER
EXTENDING CASE SCHEDULE
(No. 2:20-cv-00013) – 1

92296095

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000