THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SPEARMAN CORPORATION and SPEARMAN CORPORATION KENT DIVISION,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>Defendant. | No. 2:20-cv-00013 RSM<br><br>STIPULATED MOTION AND ORDER EXTENDING CASE SCHEDULE<br><br>Note for Hearing:<br>March 9, 2021 |

**STIPULATED MOTION**

The Parties, through their undersigned counsel, hereby jointly submit that there is good cause to extend the case schedule given, among other things, the recent filing of Boeing's Answer, Counterclaim and third party claims; Boeing's related motion for leave to add Alexander Spearman in his individual capacity as a party; the parties' disagreement on the status of the pleadings until such motion is decided; and the status of discovery with several upcoming deadlines. Given these events and the uncertainty pending the Court's decision, the Parties jointly request that the trial date be reset to January 24, 2022, or the next date thereafter that works for the Court. The Parties also jointly request that the following deadlines set forth in the Court's Order Setting Trial Date and Related Dates (Dkt. No. 22) be reset commensurately as follows:

STIPULATED MOTION AND ORDER
EXTENDING CASE SCHEDULE
(No. 2:20-cv-00013) – 1
92347983.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| Event | Current Deadline | New Proposed Deadline |
|---|---|---|
| Disclosure for expert testimony under FRCP 26(a)(2) | April 26, 2021 | July 26, 2021 |
| Deadline for filing motions related to discovery. | June 3, 2021 | September 2, 2021 |
| Discovery completed by | June 28, 2021 | September 28, 2021 |
| All dispositive motions filed by and noted for 4th Friday thereafter | July 29, 2021 | October 28, 2021 |
| Mediation if requested by the parties | September 10, 2021 | December 10, 2021 |
| All motions in limine must be filed | September 29, 2021 | 4 weeks prior to trial |
| Agreed pretrial order due | October 13, 2021 | 2 weeks prior to trial |
| Trial briefs, proposed voir dire, jury instructions, neutral statement of the case, and trial exhibits due | October 20, 2021 | 5 days prior to trial |

STIPULATED MOTION AND [PROPOSED]
ORDER EXTENDING CASE SCHEDULE
(No. 2:20-cv-00013) – 2
92347983.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1       DATED this 9th day of March, 2021.

2

| | |
|---|---|
| By: s/ David Schoeggl | By: s/ Nicholas P. Gellert |
| By: s/ Laura Marquez-Garrett | By: s/ Susan E. Foster |
| By: s/ Callie A. Castillo | By: s/ Leigh E. Sylvan |
| David Schoeggl, #13638 | By: s/ David S. Steele |
| Laura Marquez-Garrett, #41010 | By: s/ Steven Sun Beale |
| Callie A. Castillo, #38214 | Nicholas P. Gellert #18041 |
| **Lane Powell PC** | Susan E. Foster #18030 |
| 1420 Fifth Avenue, Suite 4200 | Leigh E. Sylvan #52415 |
| Seattle, WA 98111-9402 | David S. Steele #45640 |
| Telephone: 206.223.7000 | Steven Sun Beale #55723 |
| Facsimile: 206.223.7107 | **Perkins Coie LLP** |
| Email: schoeggld@lanepowell.com | 1201 Third Avenue, Suite 4900 |
|        garrettl@lanepowell.com | Seattle, WA 98101-3099 |
|        castilloc@lanepowell.com | Telephone: 206.359.8000 |
| Attorneys for Plaintiffs | Facsimile: 206.359.9000 |
| | Email: NGellert@perkinscoie.com |
| |        SFoster@perkinscoie.com |
| |        LSylvan@perkinscoie.com |
| |        DSteele@perkinscoie.com |
| |        SBeale@perkinscoie.com |
| | Attorneys for Defendant The Boeing Company |

STIPULATED MOTION AND [PROPOSED]
ORDER EXTENDING CASE SCHEDULE
(No. 2:20-cv-00013) – 3

92347983.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**ORDER**

Based on the above Stipulated Motion, the Court does here by ORDER:

1. The Stipulated Motion is granted;

2. Trial is reset to commence on January 24, 2022, and all unexpired pretrial dates are reset as reflected in the above Stipulated Motion.

DATED this 11th day of May, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER
EXTENDING CASE SCHEDULE
(No. 2:20-cv-00013) – 1
92347983.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000