| | |
|---|---|
| 1 | THE HONORABLE RICARDO S. MARTINEZ |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SPEARMAN CORPORATION MARYSVILLE DIVISION and SPEARMAN CORPORATION KENT DIVISION,

    Plaintiffs,

v.

THE BOEING COMPANY,

    Defendant.

---

THE BOEING COMPANY,

    Counterclaim and Third-Party Plaintiff,

v.

SPEARMAN CORPORATION and SPEARMAN CORPORATION KENT DIVISION,

    Counterclaim Defendant

ALEXANDER SPEARMAN, an individual,

    Third-Party Defendant.

No. 2:20-cv-00013 RSM

**STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO FILE ANSWER TO COUNTERCLAIMS AND THIRD-PARTY CLAIMS**

**Noted for Hearing:**
**May 3, 2021**

STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO FILE ANSWER TO COUNTERCLAIMS AND THIRD-PARTY CLAIMS – 1

2:20-cv-00013 RSM
92370068.2

**Mix Sanders Thompson, PLLC**
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980

| | |
|---|---|
| 1 | Counterclaim and Third-Party Defendants, Spearman Corporation, Spearman Corporation |
| 2 | Kent Division, and Alex Spearman, Third-Party Defendant Alexander Spearman, and |
| 3 | Counterclaim and Third-Party Plaintiff The Boeing Company, stipulate and agree as follows: |
| 4 | The Counterclaim and Third-Party Defendants do not intend to file a motion to dismiss in |
| 5 | response to the counterclaims, but the Counterclaim Defendants (the Spearman corporations) |
| 6 | desire additional time to file their respective answers. With Boeing's consent to the extension, |
| 7 | the Spearman companies shall file their answer by no later than Friday, May 7, 2021. Third-Party |
| 8 | Defendant Alexander Spearman shall timely file his answer. |
| 9 | Dated this 3rd day of May, 2021 |

s/Colton J. Arias
Michael G. Sanders, WSBA No. 33881
Colton J. Arias, WSBA No. 54082
Counsel for Counterclaim Defendant, Spearman Corporation, Spearman Corporation Kent Division and Third-Party Defendant Alex Spearman
**MIX SANDERS THOMPSON, PLLC**
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Telephone: 206-734-4145
Facsimile: 888-521-5980
Email: colton@mixsanders.com

s/Nicholas Peter Gellert
Nicholas Peter Gellert, WSBA No. 18041
Counsel for The Boeing Company
**Perkins Coie LLP**
1201 Third Ave, Suite 4900
Seattle, WA 98101
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: NGellert@perkinscoie.com

STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO FILE ANSWER TO COUNTERCLAIMS AND THIRD-PARTY CLAIMS – 2

2:20-cv-00013 RSM
92370068.2

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980

# ORDER

Based on the foregoing, IT IS SO ORDERED.

DATED: May 3, 2021

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO FILE ANSWER TO COUNTERCLAIMS AND THIRD-PARTY CLAIMS – 3

2:20-cv-00013 RSM
92370068.2

**Mix Sanders Thompson, PLLC**
1420 Fifth Avenue, Suite 2200
Seattle, WA  98101
Tel: 206-521-5989
Fax: 888-521-5980

# CERTIFICATE OF SERVICE

I, Kelly Lee certify that on May 3, 2021 I electronically filed the foregoing **STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE ANSWER TO COUNTERCLAIMS AND THIRD-PARTY CLAIMS** with the Clerk of the Court using the CM/ECF System and caused to be served a true and correct copy via the method indicated below and addressed to the following:

| | |
|---|---|
| *Attorney for Plaintiff Spearman Corporation and Spearman Corporation Kent Division*<br>David M. Schoeggl<br>Callie A. Castillo<br>Lane Powell, PC<br>1420 Fifth Ave, Ste 4200<br>Seattle, WA 98111<br>☒E-mail to: schoeggld@lanepowell.com<br>garrettl@lanepowell.com<br>castillo@lanepowell.com<br>☒CM/ECF electronic service | *Attorneys for Defendant The Boeing Company*<br>Nicholas P. Gellert<br>Susan E. Foster<br>Leigh E. Sylvan<br>Perkins Coie LLP<br>1201 Third Ave, Ste 4900<br>Seattle, WA 98101-3099<br>☒E-mail to: ngellert@perkinscoie.com<br>sfoster@perkinscoie.com<br>ksylvan@perkinscoie.com<br>☒CM/ECF electronic service |

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

s/Kelly Lee
Mix Sanders Thompson, PLLC
1420 Fifth Avenue, 22nd Floor
Seattle, WA 98101
Tel:    206-521-5989
Fax:    888-521-5980

STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO FILE ANSWER TO COUNTERCLAIMS AND THIRD-PARTY CLAIMS – 4

2:20-cv-00013 RSM
92370068.2

**Mix Sanders Thompson, PLLC**
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980