THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SPEARMAN CORPORATION MARYSVILLE DIVISION and SPEARMAN CORPORATION KENT DIVISION,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>THE BOEING COMPANY,<br><br>　　　　　Defendant.<br><br>THE BOEING COMPANY,<br><br>　　　　　Counterclaim and Third-Party Plaintiff,<br><br>　v.<br><br>SPEARMAN CORPORATION and SPEARMAN CORPORATION KENT DIVISION,<br><br>　　　　　Counterclaim Defendant<br><br>ALEXANDER SPEARMAN, an individual,<br><br>　　　　　Third-Party Defendant. | No. 2:20-cv-00013 RSM<br><br>**STIPULATED MOTION AND ORDER TO CONTINUE TRIAL DATE AND CASE SCHEDULE**<br><br>**Note on Motion Calendar:**<br>**July 16, 2021** |

**I. STIPULATED MOTION**

STIPULATED MOTION AND ORDER TO CONTINUE TRIAL
DATE AND CASE SCHEDULE – 1

2:20-cv-00013 RSM

The parties enter into this Stipulation in accordance with Local Rule 16(b)(6), which provides that a request to continue the trial date must be made in writing to the Court and supported by good cause. The parties jointly contend there is good cause to continue the trial date from January 24, 2022 to May 16, 2022 and extend the case schedule accordingly for the following reasons:

1. On December 23, 2019, Spearman Corporation filed suit against The Boeing Company in King County Superior Court under Cause No. 19-2-33820-2 KNT. On January 3, 2020, Boeing filed its Notice of Removal to U.S District Court in the Western District of Washington.

2. On February 4, 2020, Boeing filed a Motion for Partial Dismissal and on May 14, 2020, Spearman Corporation filed its First Amended Complaint, which resulted in a new round of briefing in connection with Boeing's Partial Motion to Dismiss. The Court's Order Granting Defendants' Partial Motion to Dismiss CPA Claim was filed on January 14, 2021.

3. Boeing filed its Answer to First Amended Complaint, Affirmative Defenses, Counterclaim and Third Party Complaint on January 28, 2021 along with a Motion for Relief from Deadline to Add Parties *See Doc No. 64*. On March 30, this Court granted Boeing's motion. *See Doc No. 88*.

4. On March 22, 2021, Mix Sanders Thompson PLLC filed a notice of appearance to defend Spearman Corporation, Spearman Corporation Kent Division, and Alex Spearman against Boeing's counter and third-party claims. *See Doc No. 85*. Since appearing in this case, counsel from Mix Sanders Thompson has advised Boeing that it has spent substantial time reviewing thousands of documents within the database in efforts to respond to Boeing's requests for production, and it continues to do so, but significant document discovery remains outstanding.

STIPULATED MOTION AND ORDER TO CONTINUE TRIAL DATE AND CASE SCHEDULE – 2

2:20-cv-00013 RSM

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980

5. On July 6, 2021, attorneys Nicholas Larson and Alexandrea Tomp with Murphy Pearson Bradley and Feeney, filed a notice of appearance to defend Spearman Corporation, Spearman Corporation Kent Division and Alex Spearman against Boeing's counter and third-party claims. *See Doc No. 98*. Mr. Larson and Ms. Tomp have advised Boeing that they will be lead counterclaim and third-party defense counsel for Spearman Corporation, Spearman Corporation Kent Division and Alex Spearman at trial. Lane Powell has advised Boeing that it will remain lead Plaintiffs' counsel. (Boeing reserves any issues relating to the identification of two "lead" counsel for the same parties.)

6. The parties' have recently commenced depositions in this case and are in the process of scheduling other depositions.

7. The parties jointly contend there is significant discovery remaining, including written discovery, additional depositions, and expert discovery. Furthermore, because of the current status of discovery, the parties require additional time in order to prepare for and have the opportunity to engage in alternate dispute resolution, let alone trial.

8. Due to the volume of documents involved in this case, Mr. Larson and Ms. Tomp's recent notice of appearance, pending discovery requests and the overall status of discovery, including expert discovery and the upcoming deadlines for producing expert witness reports, in addition to the reasons set forth above, there is good cause to continue the trial date to May 16, 2022. Further, the parties jointly request that the following deadlines set forth in the Court's March 11, 2021 Order (Doc No. 84) extending the trial date and related dates be extended as follows:

| Event | Current Deadline | New Proposed Deadline |
|---|---|---|
| Primary Experts Identified (names and CVs only) | July 26, 2021 | July 26, 2021 |

STIPULATED MOTION AND ORDER TO CONTINUE TRIAL
DATE AND CASE SCHEDULE – 3

2:20-cv-00013 RSM

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980

| Disclosure for expert testimony under FRCP 26(a)(2) | July 26, 2021 | November 29, 2021 |
|---|---|---|
| Mediation if requested by the parties | December 10, 2021 | December 10, 2021 |
| Deadline for filing motions related to discovery | September 2, 2021 | January 6, 2022 |
| Discovery Completed | September 28, 2021 | January 28, 2022 |
| All dispositive motions filed by and noted for 4th Friday thereafter | October 28, 2021 | February 25, 2022 |
| Trial Commences | January 24, 2022 | May 16, 2022 |
| All motions in limine must be filed | 4 weeks prior to trial | 4 weeks prior to trial |
| Agreed pretrial order due | 2 weeks prior to trial | 2 weeks prior to trial |
| Trial briefs, proposed voir dire, jury instructions, neutral statement of the case, and trial exhibits due | 5 weeks prior to trial | 5 days prior to trial |

STIPULATED MOTION AND ORDER TO CONTINUE TRIAL DATE AND CASE SCHEDULE – 4

2:20-cv-00013 RSM

**Mix Sanders Thompson, PLLC**
1420 Fifth Avenue, Suite 2200
Seattle, WA  98101
Tel: 206-521-5989
Fax: 888-521-5980

| | |
|---|---|
| 1 | Dated this 16th day of July, 2021 |
| 2 | By: s/Michael G. Sanders |
| | Michael G. Sanders, WSBA No. 33881 |
| 3 | Colton J. Arias, WSBA No. 54082 |
| | Attorneys for Counterclaim Defendant, Spearman |
| 4 | Corporation, Spearman Corporation Kent |
| | Division and Third-Party Defendant Alex Spearman |
| 5 | **MIX SANDERS THOMPSON, PLLC** |
| | 1420 Fifth Avenue, Suite 2200 |
| 6 | Seattle, WA 98101 |
| | Telephone: 206-734-4145 |
| 7 | Facsimile: 888-521-5980 |
| | Email: michael@mixsanders.com |
| 8 | |
| | By: s/ David Schoeggl |
| 9 | By: s/ Callie A. Castillo |
| | By: s/ Bret A. Finkelstein |
| 10 | David Schoeggl, #13638 |
| | Callie A. Castillo, #38214 |
| 11 | Bret A. Finkelstein, #48845 |
| | **Lane Powell PC** |
| 12 | 1420 Fifth Avenue, Suite 4200 |
| | Seattle, WA 98111-9402 |
| 13 | Telephone: 206.223.7000 |
| | Facsimile: 206.223.7107 |
| 14 | Email: schoeggld@lanepowell.com |
| | castilloc@lanepowell.com |
| 15 | finkelsteinb@lanepowell.com |
| | Attorneys for Plaintiffs |
| 16 | |
| | By: s/ Nicholas P. Gellert |
| 17 | By: s/ Susan E. Foster |
| | By: s/ Leigh E. Sylvan |
| 18 | By: s/ David S. Steele |
| | By: s/ Steven Sun Beale |
| 19 | Nicholas P. Gellert #18041 |
| | Susan E. Foster #18030 |
| 20 | Leigh E. Sylvan #52415 |
| | David S. Steele #45640 |
| 21 | Steven Sun Beale #55723 |
| | **Perkins Coie LLP** |
| 22 | 1201 Third Avenue, Suite 4900 |
| | Seattle, WA 98101-3099 |
| 23 | Telephone: 206.359.8000 |
| | Facsimile: 206.359.9000 |
| 24 | Email: NGellert@perkinscoie.com |

STIPULATED MOTION AND ORDER TO CONTINUE TRIAL
DATE AND CASE SCHEDULE – 5

2:20-cv-00013 RSM

| | |
|---|---|
| 1 | SFoster@perkinscoie.com |
| | LSylvan@perkinscoie.com |
| 2 | DSteele@perkinscoie.com |
| | SBeale@perkinscoie.com |
| 3 | Attorneys for Defendant The Boeing Company |
| 4 | By: s/ Nicholas C. Larson |
| | By: s/ Alexandrea M. Tomp |
| 5 | Nicholas C. Larson, WSBA No. 46034 |
| | Alexandrea M. Tomp, WSBA 57460 |
| 6 | **Murphy Pearson Bradley & Feeney** |
| | 1455 NW Leary Way, Suite 400 |
| 7 | Seattle, WA 98107 |
| | Telephone: (206) 219-2008 |
| 8 | Fax: (415) 393-8087 |
| | Email: nlarson @mpbf.com |
| 9 | atomp@mpbf.com |
| | Attorneys for Counterclaim Defendant |
| 10 | Spearman Corporation, Spearman |
| | Corporation Kent Division and |
| 11 | Third-Party Defendant Alex Spearman |

STIPULATED MOTION AND ORDER TO CONTINUE TRIAL DATE AND CASE SCHEDULE – 6

2:20-cv-00013 RSM

**Mix Sanders Thompson, PLLC**
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980

## ORDER

Based on the above Stipulated Motion, the Court does here by ORDER:

1. The Stipulated Motion is granted;

2. Trial is continued to begin on May 16, 2022, and all pretrial dates are continued as reflected in the above Stipulated Motion.

DATED this 16th day of July, 2021.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Kelly Lee certify that on July 16, 2021 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System and caused to be served a true and correct copy via the method indicated below and addressed to the following:

| *Attorneys for Plaintiff Spearman Corporation and Spearman Corporation Kent Division* | *Attorneys for Defendant The Boeing Company* |
|---|---|
| David M. Schoeggl<br>Callie A. Castillo<br>Bret Finkelstein<br>Lane Powell, PC<br>1420 Fifth Ave, Ste 4200<br>Seattle, WA 98111<br>schoeggld@lanepowell.com<br>castilloc@lanepowell.com<br>finkelsteinb@lanepowell.com | Nicholas P. Gellert<br>Susan E. Foster<br>Leigh E. Sylvan<br>Steven S. Beale<br>Perkins Coie LLP<br>1201 Third Ave, Ste 4900<br>Seattle, WA 98101-3099<br>ngellert@perkinscoie.com<br>sfoster@perkinscoie.com<br>lsylvan@perkinscoie.com<br>sbeale@perkinscoie.com<br>echerry@perkinscoie.com<br>krastello@perkinscoie.com |

STIPULATED MOTION AND ORDER TO CONTINUE TRIAL DATE AND CASE SCHEDULE – 7

2:20-cv-00013 RSM

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980

| | | |
|---|---|---|
| 1 | fosterk@lanepowell.com<br>☒CM/ECF electronic service | dsteele@perkinscoie.com<br>☒CM/ECF electronic service |
| 2 | | |
| 3 | *Attorneys for Counterclaim Defendant Spearman Corporation, Spearman Corporation Kent Division and Third-Party Defendant Alex Spearman* | |

*Attorneys for Counterclaim Defendant
Spearman Corporation, Spearman
Corporation Kent Division and Third-Party
Defendant Alex Spearman*
Nicholas C. Larson
Alexandrea M. Tomp
Murphy Pearson Bradley & Feeney
1455 NW Leary Way, Ste 400
Seattle, WA 98107
nlarson@mpbf.com
atomp@mpbf.com
☒CM/ECF electronic service

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

s/Kelly Lee
Mix Sanders Thompson, PLLC
1420 Fifth Avenue, 22nd Floor
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980

STIPULATED MOTION AND ORDER TO CONTINUE TRIAL
DATE AND CASE SCHEDULE – 8

2:20-cv-00013 RSM

**Mix Sanders Thompson, PLLC**
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980