1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SPEARMAN CORPORATION
MARYSVILLE DIVISION and SPEARMAN
CORPORATION KENT DIVISION,

            Plaintiffs,

    v.

THE BOEING COMPANY,

            Defendant.

CASE NO. C20-13RSM

ORDER DENYING UNOPPOSED
MOTION FOR OVERLENGTH
BRIEFING

      This matter comes before the Court on the Boeing Company ("Boeing")'s unopposed Motion for Leave to File Over-length Motions and Briefs.  Dkt. #125.  A Motion for summary judgment is typically limited to 24 pages.  LCR LCR 7(e)(3).  Boeing asks to file "up to 40 pages."  *Id.* at 2.

      "Motions seeking approval to file an over-length motion or brief are disfavored."  LCR 7(f).

      Boeing's Motion is eight sentences, but only a few words are spent dealing with the reasons for this request: "[g]iven the number of causes of action and issues in this case appropriate to be covered by this motion, the current draft of Boeing's motion is about 40 pages."  Dkt. #125 at 1–2.  Boeing is "trying to shorten the motion" but also warns that "some

additional needed content may be identified as briefing is completed." *Id.* at 2.  No further detail is provided.

While it may be true that this case involves several causes of action and issues, such could be said for half of the Court's cases. Most parties have no difficulty moving for summary judgment within the 24-page limit.  Boeing offers no detail—is it moving for summary judgment dismissal of Plaintiff's claims, or summary judgment on its own counterclaims, or both?  It does not discuss the complexity of the causes of action.  Boeing's vague reference to "additional needed content" is the height of opacity.  The Court does not grant overlength briefing simply because the parties agree to it.  Boeing has failed to justify a departure from the Local Rules.

Having reviewed the Motion and the remainder of the record, the Court hereby finds and ORDERS that Boeing's Motion for Leave to File Over-length Motions and Briefs, Dkt. #125, is DENIED.

DATED this 17th day of February, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE