THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SPEARMAN CORPORATION MARYSVILLE DIVISION and SPEARMAN CORPORATION KENT DIVISION,

Plaintiffs,

v.

THE BOEING COMPANY,

Defendant.

THE BOEING COMPANY,

Counterclaim and Third-Party Plaintiff,

v.

SPEARMAN CORPORATION and SPEARMAN CORPORATION KENT DIVISION,

Counterclaim Defendant

ALEXANDER SPEARMAN, an individual,

Third-Party Defendant.

No. 2:20-cv-00013 RSM

STIPULATED MOTION AND ORDER REGARDING PRETRIAL DEADLINES

NOTED FOR HEARING:
March 17, 2022

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**STIPULATED MOTION**

Pursuant to Local Rule 16(h), the deadline for plaintiffs' pretrial statement and deposition designations is 30 days prior to the date for submission of the Pretrial Order, which in this case is May 2, 2022. Therefore, the deadline for initial pretrial statement and deposition designation falls on Saturday, April 2. The Boeing Company is operating on the understanding that this deadline applies to Boeing with respect to its counterclaims and third-party claims.

Pursuant to Local Rule 16(i), the deadline for responses, objections and counter-designations to depositions is 20 days prior to the deadline for the Pretrial Order, which would be April 12.

For the avoidance of doubt, and to allow for ten days between the service of plaintiff's pretrial submissions and defendant's submissions, the parties stipulate and agree that pretrial statements and deposition designations of plaintiffs and counterclaim and third-party plaintiffs shall be served on Monday, April 4, and responses, objections and counter-designations will be served on April 14. The parties jointly request that the Court approve this schedule.

DATED this 17th day of March, 2022.

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

By: s/ David Schoeggl
By: s/ Callie A. Castillo
By: s/ Brian T. Kiolbasa
David Schoeggl, #13638
Callie A. Castillo, #38214
Brian T. Kiolbasa*
Attorneys for Plaintiffs
**Lane Powell PC**
1420 Fifth Avenue, Suite 4200
Seattle, WA 98111-9402
Telephone: 206.223.7000
Facsimile: 206.223.7107
Email: schoeggld@lanepowell.com
garrettl@lanepowell.com
castilloc@lanepowell.com
kiolbasab@lanepowell.com
**Admitted Pro Hac Vice*

By: s/ Nicholas P. Gellert
By: s/ Susan E. Foster
By: s/ David S. Steele
By: s/ Samantha Burke
By: s/Joseph E. Mais
Nicholas P. Gellert #18041
Susan E. Foster #18030
David S. Steele #45640
Samantha Burke AZ # 036064*
Joseph E. Mais AZ #5470*
Attorneys for Defendant / Counterclaimant The Boeing Company
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: NGellert@perkinscoie.com
SFoster@perkinscoie.com
DSteele@perkinscoie.com
SBurke@perkinscoie.com
JMais@perkinscoie.com
**Admitted Pro Hac Vice*

By: s/ Nicholas C. Larson
By: s/ Merri N. Engler*
Nicholas C. Larson, # 46034
Merri N. Engler*
Attorneys for Counterclaim Defendants Spearman Corporation and Alex Spearman
**Murphy, Pearson, Bradley & Feeney**
1455 NW Leary Way, Suite 400
Seattle, WA 98107
Telephone: 206.219.2008
Facsimile: 206.489.5101
Email: nlarson@mpbf.com
nengler@mpbf.com
**Admitted Pro Hac Vice*

**ORDER**

Based on the above Stipulated Motion, the Court does here by ORDER:

1. The Stipulated Motion is granted.

DATED this 18th day of March, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000