THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SPEARMAN CORPORATION MARYSVILLE DIVISION and SPEARMAN CORPORATION KENT DIVISION,<br><br>    Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>    Defendant. | No. 2:20-cv-00013 RSM<br><br>**ORDER GRANTING BOEING'S MOTION FOR OVERLENGTH BRIEF**<br><br>**NOTE FOR HEARING:**<br>**March 22, 2022** |
| THE BOEING COMPANY,<br><br>    Counterclaim and Third-Party Plaintiff,<br><br>v.<br><br>SPEARMAN CORPORATION and SPEARMAN CORPORATION KENT DIVISION,<br><br>    Counterclaim Defendant<br><br>ALEXANDER SPEARMAN, an individual,<br><br>    Third-Party Defendant. | |

Having considered Boeing's Motion for Overlength Brief, it is hereby

ORDER GRANTING BOEING'S MOTION FOR
OVERLENGTH BRIEF (No. 2:20-cv-00013) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

92438368

1      ORDERED that Boeing's Motion for Overlength Brief is GRANTED. Boeing is permitted to file a reply brief in support of its motion for summary judgment that is up to 13 pages in length.

     DATED this 23rd day of March, 2022.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

By: s/ Nicholas P. Gellert
By: s/ Susan E. Foster
By: s/ David S. Steele
By: s/ Samantha Burke
By: s/Joseph E. Mais
Nicholas P. Gellert #18041
Susan E. Foster #18030
David S. Steele #45640
Samantha Burke AZ # 036064*
Joseph E. Mais AZ #5470*
Attorneys for Defendant / Counterclaimant
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:    NGellert@perkinscoie.com
             SFoster@perkinscoie.com
             DSteele@perkinscoie.com
             SBurke@perkinscoie.com
             JMais@perkinscoie.com
*Admitted Pro Hac Vice*

[PROPOSED] ORDER GRANTING BOEING'S MOTION FOR OVERLENGTH BRIEF (No. 2:20-cv-00013) – 2

92438368

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

[PROPOSED] ORDER GRANTING BOEING'S MOTION FOR OVERLENGTH BRIEF (No. 2:20-cv-00013) – 3

92438368

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000