UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SPEARMAN CORPORATION MARYSVILLE DIVISION and SPEARMAN CORPORATION KENT DIVISION,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>Defendant. | CASE NO. C20-13RSM<br><br>ORDER GRANTING MOTION TO WITHDRAW MOTION TO SEAL |

This matter comes before the Court on Plaintiffs' "Notice of Withdrawal of Motion to Seal Exhibits… (Dkt. 173)." Dkt. #184. Plaintiffs have filed this Notice as a Motion. Plaintiffs indicate that "[f]ollowing the filing of the Motion to Seal, the parties conducted additional conferrals and it was determined that certain exhibits subject to the Motion to Seal may be filed conventionally." *Id*.

A moving party may withdraw its own pending motion by filing a Notice to Withdraw Pending Motion. LCR 7(l). Typically, an order of the Court is unnecessary.

The Court will grant this Motion and strike Plaintiffs' Motion to Seal at Dkt. #173. However, the Court notes that, with this Motion withdrawn/stricken, there are now several exhibits filed under seal without a motion asking the Court to keep them under seal—Exhibits

ORDER - 1

JJ, N, TT, and WW. The parties appear to understand this because they have filed redacted versions of these exhibits. Dkt. #183. The Court will unseal these exhibits unless the parties file a timely motion to keep them under seal.

Having reviewed the briefing and the remainder of the record, the Court hereby finds and ORDERS that Plaintiffs' Motion for Withdrawal, Dkt. #184, is GRANTED. Plaintiffs' Motion to Seal, Dkt. #173, is STRICKEN. The Court DIRECTS the parties to file a timely motion addressing the remaining exhibits under seal, identified above. Failure to do so within 30 days will result in the exhibits being unsealed by the Court.

DATED this 31st day of March, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 2