UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SPEARMAN CORPORATION MARYSVILLE DIVISION AND SPEARMAN CORPORATION KENT DIVISION,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>THE BOEING COMPANY,<br><br>　　　　　　　　　　Defendant.<br><br>THE BOEING COMPANY,<br><br>　　　　　Counterclaim and Third-Party Plaintiff,<br><br>　v.<br><br>SPEARMAN CORPORATION AND SPEARMAN CORPORATION KENT DIVISION,<br><br>　　　　　Counterclaim Defendant,<br><br>ALEXANDER SPEARMAN, an individual,<br><br>　　　　　Third-Party Defendant | Case No. 2:20-cv-00013 RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO STRIKE SEALED EXHIBITS N, JJ, TT, AND WW TO SCHOEGGL DECLARATION** |

　　Having considered the parties' stipulated motion to strike sealed Exhibits N, JJ, TT, and WW to the Schoeggl Declaration re Opposition to Boeing's Motion for Summary Judgment or, alternatively, to keep these exhibits sealed, and the Court being fully advised in the premises, now,

ORDER GRANTING STIPULATED MOTION TO
STRIKE EXHIBITS N, JJ, TT, AND WW TO
SCHOEGGL DECLARATION - 1

therefore, it is hereby

**ORDERED** that the parties' Stipulated Motion to Strike Sealed Exhibits N, JJ, TT, and WW to the Schoeggl Declaration be, and the same hereby is, GRANTED. The Court will not consider those exhibits.

DATED this 20th day of April, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE