CHIEF JUDGE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| SPEARMAN CORPORATION AND SPEARMAN CORPORATION KENT DIVISION,<br><br>        Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>        Defendant.<br><br>THE BOEING COMPANY,<br><br>        Counterclaim and Third-Party Plaintiff,<br><br>v.<br><br>SPEARMAN CORPORATION AND SPEARMAN CORPORATION KENT DIVISION,<br><br>        Counterclaim Defendants,<br><br>ALEXANDER SPEARMAN, an individual,<br><br>        Third-Party Defendant. | Case No. 2:20-cv-00013 RSM<br><br>**ORDER GRANTING STIPULATED MOTION FOR CONTINUANCE OF TRIAL DATE AND PRETRIAL DEADLINES** |

This matter comes before the Court on the parties' Stipulated Motion for Continuance of Trial Date and Pretrial Deadliness, good cause being shown, and the court being fully advised;

IT IS HEREBY ORDERED:

1. The parties Stipulated Motion for Continuance of Trial Date and Pretrial Deadlines

132532.0001/9105050.1
ORDER GRANTING STIPULATED MOTION FOR CONTINUANCE OF TRIAL DATE AND PRETRIAL DEADLINES
(Case No. 2:20-cv-00013-RSM) - 1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

is granted;

2. The trial date shall be extended to Monday, March 13, 2023, and the remaining pretrial deadlines shall be adjusted in accordance with that trial date.

DATED this 24th day of August, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

PRESENTED BY:

LANE POWELL PC

By: s/ *Callie A. Castillo*
David M. Schoeggl, WSBA No. 13638
Callie A. Castillo, WSBA No. 38214
Brian Kiolbasa, *pro hac vice*
Telephone: 206.223.7000
schoeggld@lanepowell.com
castilloc@lanepowell.com
kiolbasab@lanepowell.com

Attorneys for Plaintiffs Spearman Corporation
and Spearman Corporation Kent Division

132532.0001/9105050.1
ORDER GRANTING STIPULATED MOTION FOR
CONTINUANCE OF TRIAL DATE AND PRETRIAL
DEADLINES
(Case No. 2:20-cv-00013-RSM) - 2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107