UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SPEARMAN CORPORATION AND SPEARMAN CORPORATION KENT DIVISION,<br><br>                    Plaintiffs,<br><br>  v.<br><br>THE BOEING COMPANY,<br><br>                    Defendant.<br><br>THE BOEING COMPANY,<br><br>                    Counterclaim and Third-Party Plaintiff,<br><br>  v.<br><br>SPEARMAN CORPORATION AND SPEARMAN CORPORATION KENT DIVISION,<br><br>                    Counterclaim Defendants,<br><br>ALEXANDER SPEARMAN, an individual,<br><br>                    Third-Party Defendant | Case No. 2:20-cv-00013 RSM<br><br>**STIPULATED MOTION AND ORDER REGARDING TRIAL LENGTH AND CERTAIN PRETRIAL DEADLINES** |

**STIPULATED MOTION**

On April 5, 2022, the Court continued trial in this matter to October 2022, and noted the trial length as 14 days. Dkt. No. 187. On July 18, 2022, the Court granted in part and denied in part Boeing's motion for summary judgment. Dkt. No. 190. The Court continued the trial to

STIPULATED MOTION AND ORDER
REGARDING TRIAL LENGTH AND CERTAIN
PRETRIAL DEADLINES - 1

March 13, 2023. Dkt. No. 196. Following the Court's order moving the trial date, the Court entered a scheduling order. Dkt. No. 197. The ECF entry indicated that the trial length was 5-7 days, however, the scheduling order indicated that the trial would be 4-5- days.

Although the Court's decision on Boeing's motion for summary judgment has removed some causes of action and issues from the case, the Parties continue to believe the factual complexity of the issues that remain (on Spearman's claim that Boeing breached the implied covenant of good faith and fair dealing and Boeing's counterclaims) cannot be presented to the trier of fact in 4-5 days. Therefore, the Parties jointly request that the Court enter a revised scheduling order allowing 12 days for trial, with each side having an equal amount of the trial time. The Parties do not seek a continuance of the trial date. If the Court cannot accommodate the proposed trial length with the current trial date, the parties ask for a status conference to discuss this issue with the Court.

Pursuant to the Court's scheduling order, the Parties' proposed Pretrial Order is to be lodged with the Court on March 1, 2023, which is 12 days before the trial. This deadline causes the Local Rule 16(h)-(i) deadlines to be close to the trial date. The Parties have conferred about these deadlines, and have agreed to move these deadlines to help facilitate preparation for trial. The parties respectfully request that the deadlines be modified as follows:

| Event | Current Deadline | New Proposed Deadline |
|---|---|---|
| Plaintiffs' / counterclaimant's pretrial statement | January 30, 2023 | Unchanged January 30, 2023 |
| Initial deposition designations | January 30, 2023 | February 2, 2023 |
| Responses to pretrial statements | February 9, 2023 | February 13, 2023 |
| Objections to deposition designations; counter-designations | February 9, 2023 | February 10, 2023 |
| Objections to counter-designations | None | February 17, 2023 |
| All motions in limine must be filed (noted for third Friday) | February 13, 2023 | Unchanged February 13, 2023 |

STIPULATED MOTION AND ORDER
REGARDING TRIAL LENGTH AND CERTAIN
PRETRIAL DEADLINES - 2

| Deadline for Pretrial Conference (LCR 16(k)) | February 17, 2023 | Unchanged February 17, 2023 |
|---|---|---|
| Agreed pretrial order due | March 1, 2023 | Unchanged March 1, 2023 |
| Trial briefs, proposed voir dire, jury instructions, neutral statement of the case, and trial exhibits due | March 8, 2023 | Unchanged March 8, 2023 |

DATED this 10th day of January, 2023.

LANE POWELL PC

By: s/ *Callie A. Castillo*
    David Schoeggl, WSBA No. 13638
    Callie A. Castillo, WSBA No. 38214
    Brian T. Kiolbasa. *pro hac vice*
    Telephone: 206.223.7000
    schoeggld@lanepowell.com
    castilloc@lanepowell.com
    kiolbasab@lanepowell.coom
*Attorneys for Plaintiff*

PERKINS COIE LLP

By: *s/ Nicholas P. Gellert*
    David J. Burman, WSBA No. 10661
    Susan E. Foster, WSBA No. 18030
    Nicholas P. Gellert, WSBA No. 18041
    David S. Steele, WSBA No. 45640
    Telephone: 206.359.8000
    DBurman@perkinscoie.com
    SFoster@perkinscoie.com
    NGellert@perkinscoie.com
    DSteele@perkinscoie.com
*Attorneys for Defendant / Counterclaimant The Boeing Company*

STIPULATED MOTION AND ORDER
REGARDING TRIAL LENGTH AND CERTAIN
PRETRIAL DEADLINES - 3

|   |   |
|---|---|
| 1 | MURPHY PEARSON BRADLEY & FEENEY |
| 2 |   |
| 3 | By: *s/ Nicholas C. Larson* |
| 4 | Nicholas C. Larson, WSBA No. 46034 |
|   | Merri N. Engler, *pro hac vice* |
| 5 | Telephone: 206.219.2008 |
|   | nlarson@mpbf.com |
| 6 | nengler@mpbf.com |
|   | *Attorneys for Counterclaim Defendants* |
| 7 | *Spearman Corporation and Alex Spearman* |

STIPULATED MOTION AND ORDER
REGARDING TRIAL LENGTH AND CERTAIN
PRETRIAL DEADLINES - 4

**ORDER**

Based on the above Stipulated Motion, the Court does hereby ORDER:

1.  The Stipulated Motion is granted;

2.  Given the above and the Court's understanding of the remaining factual and legal issues, trial shall be scheduled for **10 days**, with each side getting equal time, and all pretrial dates are reset as reflected in the above Stipulated Motion.

DATED this 11th day of January, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE