|   |   |
|---|---|
| 1 | THE HONORABLE RICARDO S. MARTINEZ |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SPEARMAN CORPORATION MARYSVILLE DIVISION and SPEARMAN CORPORATION KENT DIVISION,

        Plaintiffs,

v.

THE BOEING COMPANY,

        Defendant.

THE BOEING COMPANY,

        Counterclaim and Third-Party Plaintiff,

v.

SPEARMAN CORPORATION and SPEARMAN CORPORATION KENT DIVISION,

        Counterclaim Defendant

ALEXANDER SPEARMAN, an individual,

        Third-Party Defendant.

No. 2:20-cv-00013 RSM

STIPULATED MOTION FOR IN LIMINE RULINGS AND ORDER

NOTE ON MOTION CALENDAR:
Tuesday, February 14, 2023

---

STIPULATED MOTION AND ORDER IN LIMINE
(No. 2:20-cv-00013)
Error! Unknown document property name.

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

The parties, through their respective counsel, hereby stipulate and jointly move that no party will offer or present evidence, interrogate a witness about, or infer, suggest, or argue on any of the following without first seeking leave from the Court or that are included in the jury instructions:

1. A legally prohibited "Golden Rule" argument.

2. An expert witness's other affiliations with counsel on unrelated matters.

3. A party's use, if any, of jury consultants or jury study or focus groups to assist with trial preparation, jury selection, or trial.

4. The appropriateness of a party invoking the protection of any privilege, including the presence of privileged redactions on an exhibit introduced into evidence.

5. The size of any law firm representing any party; other matters handled by the law firms or their lawyers; other clients of the law firms or their lawyers; or the wealth or resources of any law firm, their lawyers, or any expert witness retained by any party in this case.

6. That the judge or an appellate court may have a right, duty, or ability to later change the ultimate verdict of the jury in this cause or to review the verdict in any manner.

7. Any parties' motives in pursuing their claims in this case, including the potential need to pursue litigation to cover unrelated debts.

8. That Boeing's termination for convenience of the -907 / -908 parts was in breach of the parties' agreement, inappropriate or unfair.

The parties also stipulate to and jointly move that the court approve the following procedural matters:

9. All fact witnesses shall be excluded from the courtroom until excused following their testimony until closing argument, with the exception of Alex Spearman and a single Boeing representative (to be determined) who can be present as party

STIPULATED MOTION AND [PROPOSED] ORDER IN LIMINE
(No. 2:20-cv-00013) - 1
Error! Unknown document property name.

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

representatives throughout trial. The parties' respective retained expert witnesses who may still testify (Dreikorn, Wagner, Carter, Barrick and Tregillis) are not excluded.

10. Any substantive (as opposed to illustrative) deposition exhibit to which counsel applied highlighting will be replaced by a clean copy of the document, unless the parties agree to the highlighting or the Court orders it for the sake of efficiency.

11. Deposition testimony shall not be read or presented during opening statement unless the presenting party included that testimony in pretrial designations and all objections to the testimony have been resolved.

12. The parties will make a good faith effort to provide least three days' notice to the Court and the other side of each witness to be called to testify and the anticipated order in which witnesses will be presented.

13. When video or transcripts from depositions are presented to the jury, in addition to removing testimony to which objections are sustained, the parties will remove all objections or responses to objections from the subject matter presented to the jury, to the extent practicable.

RESPECTFULLY SUBMITTED this 14th day of February, 2023.

LANE POWELL PC

By: s/David Schoeggl
David Schoeggl, WSBA No. 13638
Callie A. Castillo, WSBA No. 38214
Telephone: 206.223.7000
schoeggld@lanepowell.com
castilloc@lanepowell.com
*Attorneys for Plaintiffs*

STIPULATED MOTION AND [PROPOSED] ORDER IN LIMINE
(No. 2:20-cv-00013) – 2
Error! Unknown document property name.

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

PERKINS COIE LLP

By: s/ David J. Burman
David J. Burman, WSBA No. 10661
Susan E. Foster, WSBA No. 18030
Nicholas P. Gellert, WSBA No. 18041
David S. Steele, WSBA No. 45640
Telephone: 206.359.8000
DBurman@perkinscoie.com
SFoster@perkinscoie.com
NGellert@perkinscoie.com
DSteele@perkinscoie.com
*Attorneys for Defendant / Counterclaimant*
*The Boeing Company*

MURPHY PEARSON BRADLEY & FEENEY

By: s/Nicholas C. Larson
Nicholas C. Larson, WSBA No. 46034
Merri N. Engler, *pro hac vice*
Telephone: 206.219.2008
nlarson@mpbf.com
nengler@mpbf.com
*Attorneys for Counterclaim Defendants*
*Spearman Corporation and Alex Spearman*

STIPULATED MOTION AND [PROPOSED] ORDER IN LIMINE
(No. 2:20-cv-00013) – 3
**Error! Unknown document property name.**

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

**ORDER**

Based on the above Stipulated Motion, the Court does hereby ORDER:

The Stipulated Motion is granted.

DATED this 15th day of February, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND [PROPOSED] ORDER IN LIMINE
(No. 2:20-cv-00013) – 4
**Error! Unknown document property name.**

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000