THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SPEARMAN CORPORATION MARYSVILLE DIVISION and SPEARMAN CORPORATION KENT DIVISION,<br><br>        Plaintiffs,<br><br>  v.<br><br>THE BOEING COMPANY,<br><br>        Defendant. | No. 2:20-cv-00013 RSM<br><br>STIPULATED MOTION REGARDING DEPOSITION DESIGNATIONS<br><br>AND ORDER<br><br>NOTE ON MOTION CALENDAR:<br>Thursday, February 23, 2023 |
| THE BOEING COMPANY,<br><br>        Counterclaim and Third-Party Plaintiff,<br><br>  v.<br><br>SPEARMAN CORPORATION and SPEARMAN CORPORATION KENT DIVISION,<br><br>        Counterclaim Defendant<br><br>ALEXANDER SPEARMAN, an individual,<br><br>        Third-Party Defendant. | |

STIPULATED MOTION AND
ORDER REGARDING DEPOSITION DESIGNATIONS
(No. 2:20-cv-00013)
**Error! Unknown document property name.**

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

**STIPULATED MOTION**

The parties have exchanged deposition designations and counter-designations, and have exchanged potential objections to same. However, the parties may not present all this testimony, in part because of issues yet to be decided on pending motions in limine and uncertainty as to what will be presented at trial by either party. The parties are interested in avoiding having to meet and confer regarding objections to deposition testimony that may never actually be presented. More importantly, the parties do not want to burden the court with objections to deposition designations that may never be utilized and believe that they may be able to largely resolve any objections closer to the time those designations are due to be presented to the jury. However, the parties recognize that, pursuant to Local Rule 32(e), deposition designations and objections thereto are to be filed with the Court at the time of lodging the proposed Pretrial Order. The parties jointly here request relief from the deadline in Rule 32(e) and leave to file deposition designations and objections thereto as follows:

1. Final deposition designations (with corresponding counter designations and objections) will be served by 5 pm three court days before they may be presented to the jury.

2. The other party will respond by 5 pm the following day and the parties will negotiate and submit objections (if any) to the court for resolution that evening for the court's decision the following day.

3. The video will then be revised and available for presentation to the jury on the following day.

STIPULATED MOTION AND
ORDER REGARDING DEPOSITION DESIGNATIONS
(No. 2:20-cv-00013) - 1
**Error! Unknown document property name.**

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | |
|---|---|
| 1 | RESPECTFULLY SUBMITTED this 23rd day of February, 2023. |
| 2 | LANE POWELL PC |
| 3 | |
| 4 | By: s/David Schoeggl |
| 5 | David Schoeggl, WSBA No. 13638<br>Callie A. Castillo, WSBA No. 38214 |
| 6 | Telephone: 206.223.7000<br>schoeggld@lanepowell.com |
| 7 | castilloc@lanepowell.com<br>*Attorneys for Plaintiffs* |
| 8 | |
| 9 | PERKINS COIE LLP |
| 10 | |
| 11 | By: s/ David J. Burman |
| 12 | David J. Burman, WSBA No. 10661<br>Susan E. Foster, WSBA No. 18030 |
| 13 | Nicholas P. Gellert, WSBA No. 18041<br>David S. Steele, WSBA No. 45640 |
| 14 | Telephone: 206.359.8000<br>DBurman@perkinscoie.com |
| 15 | SFoster@perkinscoie.com<br>NGellert@perkinscoie.com |
| 16 | DSteele@perkinscoie.com |
| 17 | *Attorneys for Defendant / Counterclaimant*<br>*The Boeing Company* |
| 18 | |
| 19 | MURPHY PEARSON BRADLEY & FEENEY |
| 20 | |
| 21 | By: s/Nicholas C. Larson<br>Nicholas C. Larson, WSBA No. 46034 |
| 22 | Merri N. Engler, *pro hac vice*<br>Telephone: 206.219.2008 |
| 23 | nlarson@mpbf.com |
| 24 | nengler@mpbf.com<br>*Attorneys for Counterclaim Defendants* |
| 25 | *Spearman Corporation and Alex Spearman* |
| 26 | |

STIPULATED MOTION AND ORDER
REGARDING DEPOSITION DESIGNATIONS
(No. 2:20-cv-00013) – 2

**Error! Unknown document property name.**

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

**ORDER**

Based on the above Stipulated Motion, the Court does hereby ORDER:

The Stipulated Motion is granted.

DATED this 24th day of February, 2023.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER
REGARDING DEPOSITION DESIGNATIONS
(No. 2:20-cv-00013) – 3
**Error! Unknown document property name.**

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000