THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SPEARMAN CORPORATION MARYSVILLE DIVISION and SPEARMAN CORPORATION KENT DIVISION,<br><br>    Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>    Defendant. | No. 2:20-cv-00013 RSM<br><br>STIPULATED MOTION AND ORDER FOR DISMISSAL OF ACTION<br><br>NOTE ON MOTION CALENDAR:<br>April 24, 2023 |
| THE BOEING COMPANY,<br><br>    Counterclaim and Third-Party Plaintiff,<br><br>v.<br><br>SPEARMAN CORPORATION and SPEARMAN CORPORATION KENT DIVISION,<br><br>    Counterclaim Defendants<br><br>ALEXANDER SPEARMAN, an individual,<br><br>    Third-Party Defendant. | |

STIPULATED MOTION AND ORDER FOR
DISMISSAL OF ACTION
(No. 2:20-cv-00013 RSM)

92538192

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# STIPULATED MOTION

Plaintiffs and Counterclaim Defendants Spearman Corporation Marysville Division and Spearman Division Kent Division; Defendant, Counterclaim Plaintiff, and Third-Party Plaintiff The Boeing Company; and Alexander Spearman Third-Party Defendant, being the only parties who have appeared in this action, stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-entitled action shall be dismissed with prejudice and without fees or costs to any party.

The Clerk of the Court is hereby requested to enter this dismissal in the records of the Court.

DATED this 24th day of April, 2023.

By:  s/ David Schoeggl
By:  s/ Callie A. Castillo
David Schoeggl, #13638
Callie A. Castillo, #38214
Attorneys for Plaintiffs
**Lane Powell PC**
1420 Fifth Avenue, Suite 4200
Seattle, WA  98111-9402
Telephone:  206.223.7000
Facsimile:  206.223.7107
Email:  schoeggld@lanepowell.com
           garrettl@lanepowell.com
           castilloc@lanepowell.com

By: s/ David J. Burman
By: s/ Susan E. Foster
By: s/ Nicholas P. Gellert
By: s/ David S. Steele
David J. Burman #10611
Susan E. Foster #18030
Nicholas P. Gellert #18041
David S. Steele #45640
Attorneys for Defendant / Counterclaimant The Boeing Company
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email:    DBurman@perkinscoie.com
             SFoster@perkinscoie.com
             NGellert@perkinscoie.com
             DSteele@perkinscoie.com

STIPULATED MOTION AND ORDER FOR
DISMISSAL OF ACTION
(No. 2:20-cv-00013 RSM) - 1

92538192

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1
2  By: s/ Nicholas C. Larson
   By: s/ Merri N. Engler*
3  Nicholas C. Larson, # 46034
   Merri N. Engler*
4  Attorneys for Counterclaim Defendants
   Spearman Corporation and Alex Spearman
5  **Murphy, Pearson, Bradley & Feeney**
   1455 NW Leary Way, Suite 400
6  Seattle, WA  98107
7  Telephone:  206.219.2008
   Facsimile:  206.489.5101
8  Email:  nlarson@mpbf.com
              nengler@mpbf.com
9  *Admitted Pro Hac Vice
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATED MOTION AND ORDER FOR
DISMISSAL OF ACTION
(No. 2:20-cv-00013 RSM) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

92538192

**ORDER**

Based on the above Stipulated Motion, the Court does here by ORDER:

1. The Stipulated Motion is granted.

2. This matter is dismissed with prejudice and without fees or costs to any party.

DATED this 25th day of April, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER FOR
DISMISSAL OF ACTION
(No. 2:20-cv-00013 RSM) – 3

92538192

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000